IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RUSSELL MARTINEZ,

    Plaintiff,

vs.                                                    No. 1:14-cv-00534 KBM/WPL

JOSEPH SALAZAR, in his individual capacity,
GREG ESPARZA, in his individual capacity,
THE ESPANOLA DEPARTMENT OF PUBLIC
SAFETY, LEO MONTOYA, THE CITY OF
ESPANOLA, MARVIN ARMIJO, in his official
capacity, ANTHONY ARMIJO, in his official
capacity, JAMES CULIN, in his individual capacity,
MANUEL VALDEZ, in his individual capacity,
GUY JORDAN, in his individual capacity, THE
BOARD OF COUNTY COMMISSIONERS OF
RIO ARRIBA COUNTY, THE RIO ARRIBA
COUNTY SHERIFF'S OFFICE, THOMAS
RODELLA, in his individual and official capacities,
LARRY DEYAPP, in his individual and official
capacities, UKNOWN NUMBER OF JOHN DOES,
employees of the Rio Arriba County Adult Detention
Facility, in their individual capacities, and FERNANDO
BAYARDO, M.D.,

    Defendants.

## NOTICE OF FILING STATE COURT RECORD

Defendants, hereby give notice of compliance with Rule 81.1(a) of the Local Rules of the United States District Court for the District of New Mexico by filing certified copies of the pleadings filed in the First Judicial District for the State of New Mexico, County of Rio Arriba, Cause No. D-117-CV-2014-00159, filed by Russell Martinez, Plaintiff.

1

       Respectfully submitted,

       BASHAM & BASHAM, P.C.

       By: */s/ Mark A. Basham*
         Mark A. Basham
         *Attorneys for Defendants Joseph Salazar, Greg Esparza, the Espanola Department of Public Safety, Leo Montoya and the City of Espanola*
         2205 Miguel Chavez Road, #A
         Santa Fe, NM   87505-1111
         (505) 988-4575
         mbasham@bbpcnm.com

       YENSON, ALLEN & WOSICK, P.C.

       By: */s/ Robert W. Becker*
         Robert W. Becker
         *Attorneys for Defendants Marvin Armijo, Anthony Armijo, James Culin, Manuel Valdez, Guy Jordan, the Board of County Commissioners for Rio Arriba County, Thomas Rodella and Lawrence DeYapp*
         4908 Alameda Blvd., NW
         Albuquerque, NM   87113-1376
         (505) 266-3995
         rbecker@ylawfirm.com

I HEREBY CERTIFY that on the 23rd day of June, 2014, I filed the foregoing electronically through the CM/ECF Filing System, which caused the following parties or counsel to be served by electronic means:

Todd A. Coberly
Coberly & Attrep, LLLP
1332 Paseo de Peralta
Santa Fe, NM   87501-4325
tcoberly@cna-law.com
*Attorneys for Plaintiff Russell Martinez*

 */s/ Robert W. Becker*
ROBERT W. BECKER

        2