UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

Before the Honorable William P. Lynch, United States Magistrate Judge

*Clerk's Minutes*

| | |
|---|---|
| **Case:** | Martinez v. Salazar et al. |
| **Case No.:** | 14cv534 KG/WPL |
| **Date:** | October 8, 2014 |
| **Location:** | Telephonic (meet-me line) |
| **Attorney for Plaintiff:** | Todd Coberly |
| **Attorney for Defendant:** | Joseph Romero ("Espanola" Defendants) |
| | Robert Becker ("County" Defendants) |
| | Charles K. Purcell (Bayardo) |
| **Clerk:** | mej |
| **Type of Proceeding:** | Initial Scheduling Conference |
| *Proceedings Commenced:* | 2:00 p.m. |
| *Court in Recess:* | 2:20 p.m. |
| Total Time: | **20 minutes** |
| **Proceedings:** | Discussed scheduling track and discovery matters in JSR. All parties agreed to amendments as laid out in forthcoming scheduling order. |