IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RUSSELL MARTINEZ,

    Plaintiff,

vs.                                                No. 1:14-cv-00534 KG/WPL

JOSEPH SALAZAR, in his individual capacity,
GREG ESPARZA, in his individual capacity,
THE ESPANOLA DEPARTMENT OF PUBLIC
SAFETY, LEO MONTOYA, THE CITY OF
ESPANOLA, MARVIN ARMIJO, in his official
capacity, ANTHONY ARMIJO, in his official
capacity, JAMES CULIN, in his individual capacity,
MANUEL VALDEZ, in his individual capacity,
GUY JORDAN, in his individual capacity, THE
BOARD OF COUNTY COMMISSIONERS OF
RIO ARRIBA COUNTY, THE RIO ARRIBA
COUNTY SHERIFF'S OFFICE, THOMAS
RODELLA, in his individual and official capacities,
LARRY DEYAPP, in his individual and official
capacities, UNKNOWN NUMBER OF JOHN DOES,
employees of the Rio Arriba County Adult Detention
Facility, in their individual capacities, and FERNANDO
BAYARDO, M.D.,

    Defendants.

## DEFENDANTS' NOTICE OF UNAVAILABILITY

    PLEASE TAKE NOTICE that Robert W. Becker, Esq., will be unavailable from March 22 to March 30, 2015 and April 22 to April 27, 2015.

YENSON, ALLEN & WOSICK, P.C.
*Electronically filed*

By: */s/ Robert W. Becker*
Robert W. Becker
*Attorneys for Defendants Marvin Armijo,*
*Anthony Armijo, James Culin, Manuel Valdez,*
*Guy Jordan, the Board of County Commissioners*
*for Rio Arriba County, The Rio Arriba County*
**Sheriff's Office,** *Thomas Rodella and*
*Lawrence DeYapp*
4908 Alameda Blvd., NW
Albuquerque, NM 87113-1376
(505) 266-3995
rbecker@ylawfirm.com

I HEREBY CERTIFY that on the 20th day of January, 2015, I filed the foregoing electronically through the CM/ECF System, which caused the following parties or counsel to be served by electronic means:

Todd A. Coberly
Coberly Law Firm
1332 Paseo de Peralta
Santa Fe, NM 87501-4325
(505) 989-1029
tcoberly@cna-law.com
*Attorneys for Plaintiff Russell Martinez*

Mark A. Basham
BASHAM & BASHAM, P.C.
2205 Miguel Chavez Road, #A
Santa Fe, NM 87505-1111
(505) 988-4575
mbasham@bbpcnm.com
*Attorneys for Defendants Joseph*
*Salazar, Greg Esparza, the Espanola*
*Department of Public Safety, Leo*
*Montoya and the City of Espanola*

Kip Purcell
RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.
Post Office Box 1888
Albuquerque, NM  87103-1888
(505) 768-5900
kpurcell@rodey.com
***Attorneys for Fernando Bayardo, M.D.***


 ***/s/ Robert W. Becker***
ROBERT W. BECKER