| | |
|---|---|
| **From:** | Mark Basham |
| **To:** | "Todd A. Coberly"; "Dorothy Wells" |
| **Cc:** | "Lily Hofstra" |
| **Subject:** | RE: Russell Martinez v. Joseph Salazar, et al; 14-CV-00534 KG/WPL |
| **Date:** | Monday, December 08, 2014 8:03:48 AM |

yes

Mark A. Basham, Esq.

**BASHAM & BASHAM, P.C.**

(505) 988-4575

(505) 992-6170 fax

mbasham@bbpcnm.com

---

**From:** Todd A. Coberly [mailto:tcoberly@cna-law.com]
**Sent:** Friday, December 05, 2014 2:36 PM
**To:** 'Dorothy Wells'; 'Mark Basham'
**Cc:** 'Lily Hofstra'
**Subject:** RE: Russell Martinez v. Joseph Salazar, et al; 14-CV-00534 KG/WPL

Thank you.  And is your office intending to send the signed verifications of your clients?

Todd A. Coberly
COBERLY LAW OFFICE

This message (and any file transmitted with it) is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and/or exempt from disclosure under applicable law.  If you have received this message in error, please notify us immediately by email (admin@cna-law.com) or telephone (call us collect at (505) 989-1029) and delete this message and any file transmitted with it.  If you have received this message in error, you should not disseminate, distribute or copy this message.

---

**From:** Dorothy Wells [mailto:dwells@bbpcnm.com]
**Sent:** Friday, December 05, 2014 2:00 PM
**To:** tcoberly@cna-law.com
**Subject:** Russell Martinez v. Joseph Salazar, et al; 14-CV-00534 KG/WPL

Attached please find the discovery responses mailed to you on December 3rd. Unfortunately the case caption was incorrect, please replace with the attached.  Thank you and sorry for any inconvenience.

*Dorothy Wells,* Paralegal
Basham & Basham, P.C.
2205 Miguel Chavez Road, Ste. A
Santa Fe, NM  87505
505/988-4575 ext. 105
fax: 505/992-6170
dwells@bbpcnm.com

**EXHIBIT 1**