| | |
|---|---|
| **From:** | Dorothy Wells |
| **To:** | tcoberly@cna-law.com |
| **Subject:** | Martinez v. Salazar, et al; 14-CV-534 |
| **Date:** | Monday, December 22, 2014 11:23:55 AM |
| **Attachments:** | Verifications.Russell.pdf |

Good morning Mr. Coberly, attached please find a copy of the Verifications re the above-mentioned case. I will mail the original Verifications to you today.

Happy Holidays!

*Dorothy Wells,* Paralegal
Basham & Basham, P.C.
2205 Miguel Chavez Road, Ste. A
Santa Fe, NM  87505
505/988-4575 ext. 105
fax: 505/992-6170
dwells@bbpcnm.com

EXHIBIT 2

## VERIFICATION

STATE OF NEW MEXICO  )
                     )
COUNTY OF RIO ARRIBA )

I, Greg Esparza, being first duly sworn upon my oath, state that I have answered Defendants Interrogatories, to the best of my own knowledge and belief.

Signature *[signature]*
Greg Esparza, Police Officer

SUBSCRIBED AND SWORN TO before me this 10th day of December, 2014, by Greg Esparza.

*[signature]*
Dorothy Wells, Notary Public

My commission expires: February 22, 2016

## VERIFICATION

STATE OF NEW MEXICO )
)
COUNTY OF RIO ARRIBA )

I, Stephanie F. Martinez, being first duly sworn upon my oath, state that I have answered Defendants Interrogatories, to the best of my own knowledge and belief.

Signature _____
Stephanie F. Martinez
Human Resources Analyst

SUBSCRIBED AND SWORN TO before me this 10th day of December, 2014, by Stephanie F. Martinez.

_____
Notary Public

My commission expires:

4/30/2017

OFFICIAL SEAL
**Anna Squires**
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 4/30/2017

# VERIFICATION

STATE OF NEW MEXICO )
                    )
COUNTY OF RIO ARRIBA )

I, Miguel F. Maez, being first duly sworn upon my oath, state that I have answered Defendants Interrogatories, to the best of my own knowledge and belief.

Signature _____
Miguel F. Maez
Deputy Chief – Espanola Police Dept.

SUBSCRIBED AND SWORN TO before me this 10th day of December, 2014, by Miguel Maez.

_____
Notary Public

My commission expires:

4/30/2017

OFFICIAL SEAL
Anna Squires
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 4/30/2017