| | |
|---|---|
| **From:** | Joseph L. Romero |
| **To:** | "Todd A. Coberly" |
| **Subject:** | RE: Martinez v. Salazar et al. |
| **Date:** | Tuesday, December 23, 2014 12:59:02 PM |

This email serves to memorialize our phone conversation of today regarding both of our "good faith" discovery demand letters.  We have agreed to extend the deadline for filing motions to compel discovery to Jan. 12th in the event we cannot resolve the outstanding discovery issues.  In addition, I will be tendering Defendant Joseph Salazar's Second Supplemental Answers to Plaintiff's Interrogatories no later than Jan. 12th.  Finally, I have sent to Mr. Salazar a Verification Statement for his previous interrogatory answers.  Please let me know immediately if what I have relayed does not comport with your understanding of today's extension agreement.  Thanks and Happy Holidays!

Joseph L. Romero, Esq.
**BASHAM & BASHAM, P.C.**
505-988-4575
505-992-6170 fax

**From:** Todd A. Coberly [mailto:tcoberly@cna-law.com]
**Sent:** Tuesday, December 23, 2014 12:42 PM
**To:** 'Joseph L. Romero'
**Subject:** Martinez v. Salazar et al.

Joe – just tried returning your call and left a message but not positive that it was your extension.  I'm around this afternoon.  Thanks,

Todd A. Coberly
COBERLY LAW OFFICE
1322 Paseo de Peralta
Santa Fe, NM 87501
(505) 989-1029
tcoberly@cna-law.com

_____

This message (and any file transmitted with it) is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and/or exempt from disclosure under applicable law.  If you have received this message in error, please notify us immediately by email (admin@cna-law.com) or telephone (call us collect at (505) 989-1029) and delete this message and any file transmitted with it.  If you have received this message in error, you should not disseminate, distribute or copy this message.

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2014.0.4794 / Virus Database: 4253/8793 - Release Date: 12/23/14

**EXHIBIT 3**