**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

RUSSELL MARTINEZ,

    Plaintiff,

Case No. 14-cv-00534 KG/WPL

vs.

JOSEPH SALAZAR, et al.,

    Defendants.

## NOTICE OF COMPLETION OF BRIEFING

Plaintiff Russell Martinez, by and through undersigned counsel and pursuant to D.N.M.LR-Civ. 7.4(e), hereby certifies that briefing is complete on *Plaintiff's Motion to Compel Answers to Interrogatories and Production of Documents, for Attorney's Fees, and for Sanctions*, and that the motion is ready for decision. The briefing on this motion is as follows:

- *Plaintiff's Motion to Compel Answers to Interrogatories and Production of Documents, for Attorney's Fees, and for Sanctions* (filed January 12, 2015) (Doc. 46);

- *Espanola Defendants' Response to Plaintiff's Motion to Compel Answers to Interrogatories and Production of Documents, for Attorney's Fees, and for Sanctions* (filed January 26, 2015) (Doc. 50); and

- *Reply to Espanola Defendants' Response to Plaintiff's Motion to Compel Answers to Interrogatories and Production of Documents, for Attorney's Fees, and for Sanctions* (filed January 27, 2015) (Doc. 51).

    Respectfully submitted,

    COBERLY LAW OFFICE

    /s/ *Todd A. Coberly*
    Todd A. Coberly
    1322 Paseo de Peralta
    Santa Fe, NM 87501
    (505) 989-1029
    tcoberly@cna-law.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 27'th day of January, 2015, I filed the foregoing pleading using the CM/ECF system, which will electronically send notification of such filing to all counsel of record.

                                              */s/ Todd A. Coberly*
                                              Todd A. Coberly