UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

Before the Honorable William P. Lynch, United States Magistrate Judge

*Clerk's Minutes*

| | |
|---|---|
| **Case:** | Martinez v. Salazar et al. |
| **Case No.:** | 14cv534 KG/WPL |
| **Date:** | February 4, 2015 |
| **Location:** | Telephonic |
| **Attorney for Plaintiff:** | Todd Coberly |
| **Attorney for Defendant:** | Mark Basham (Espanola Defendants), Robert Becker (Rio Arriba County Defendants), and Kip Purcell (Dr. Bayardo) |
| **Clerk:** | mej |
| **Type of Proceeding:** | Status Conference |
| *Proceedings Commenced:* | 9:00 a.m. |
| *Court in Recess:* | 9:10 a.m. |
| Total Time: | **10 minutes** |

**Proceedings:** The parties have a private mediation scheduled for February 19, 2015. The Court expects an unopposed motion to extend all discovery and pretrial deadlines before that date.

Mr. Becker and Mr. Purcell agree that discovery is progressing appropriately. There is an outstanding motion to compel between Plaintiff and the Espanola Defendants. Mr. Basham indicated that he will supplement responses and hopefully resolve the motion to compel without the Court's assistance.

Mr. Coberly indicated that he will serve additional discovery requests on the Rio Arriba County Defendants. Mr. Becker indicated that these requests will probably be opposed.