IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RUSSELL MARTINEZ,

    Plaintiff,

vs.                                                                         No. 1:14-cv-00534 KG/WPL

JOSEPH SALAZAR, in his individual capacity,
GREG ESPARZA, in his individual capacity,
THE ESPANOLA DEPARTMENT OF PUBLIC
SAFETY, LEO MONTOYA, THE CITY OF
ESPANOLA, MARVIN ARMIJO, in his official
capacity, ANTHONY ARMIJO, in his official
capacity, JAMES CULIN, in his individual capacity,
MANUEL VALDEZ, in his individual capacity,
GUY JORDAN, in his individual capacity, THE
BOARD OF COUNTY COMMISSIONERS OF
RIO ARRIBA COUNTY, THE RIO ARRIBA
COUNTY SHERIFF'S OFFICE, THOMAS
RODELLA, in his individual and official capacities,
LARRY DEYAPP, in his individual and official
capacities, UNKNOWN NUMBER OF JOHN DOES,
employees of the Rio Arriba County Adult Detention
Facility, in their individual capacities, and FERNANDO
BAYARDO, M.D.,

    Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE OF
## ALL CLAIMS AGAINST DEFENDANT FERNANDO BAYARDO, M.D.

COMES NOW Plaintiff, Russell Martinez, by and through his counsel, and pursuant to Fed.R.Civ.P. 41, hereby stipulates to dismissing with prejudice any and all claims asserted against Defendant Fernando Bayardo, M.D. In accordance with said Rule, this stipulation of dismissal with prejudice has been signed by counsel for all parties and parties pro se who have appeared herein. Each party shall bear their own costs.

Respectfully submitted,

COBERLY LAW FIRM

By: */s/ Todd A. Coberly*
     Todd A. Coberly
     1332 Paseo de Peralta
     Santa Fe, NM 87501-4325
     (505) 989-1029
     tcoberly@cna-law.com
     ***Attorneys for Plaintiff Russell Martinez***

BASHAM & BASHAM, P.C.

By: *[via email 2/24/15]*
     Mark A. Basham
     2205 Miguel Chavez Road, #A
     Santa Fe, NM 87505-1111
     (505) 988-4575
     mbasham@bbpcnm.com
     ***Attorneys for Defendants Joseph Salazar, Greg Esparza, the Espanola Department of Public Safety, Leo Montoya and the City of Espanola***

YENSON, ALLEN & WOSICK, P.C.

By: *[via email 2/24/15]*
     Robert W. Becker
     ***Attorneys for Defendants Marvin Armijo, Anthony Armijo, James Culin, Manuel Valdez, Guy Jordan, the Board of County Commissioners for Rio Arriba County, The Rio Arriba County Sheriff's Office, Thomas Rodella and Lawrence DeYapp***
     4908 Alameda Blvd., NW
     Albuquerque, NM 87113-1376
     (505) 266-3995
     rbecker@ylawfirm.com

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.


By: *[via email 2/24/15]*
    Charles K. Purcell
    Post Office Box 1888
    Albuquerque, NM 87103-1888
    (505) 765-5900
    kpurcell@rodey.com
    ***Attorneys for Fernando Bayardo, M.D.***


## CERTIFICATE OF SERVICE

    I hereby certify that on this 24th day of February, 2015, I filed the foregoing pleading using the CM/ECF system, which will electronically send notification of such filing to all counsel of record.

    */s/ Todd A. Coberly*
    Todd A. Coberly