IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RUSSELL MARTINEZ,

       Plaintiff,

vs.                                                  No. 1:14-cv-00534 KG/WPL

JOSEPH SALAZAR, in his individual capacity,
GREG ESPARZA, in his individual capacity,
THE ESPANOLA DEPARTMENT OF PUBLIC
SAFETY, LEO MONTOYA, THE CITY OF
ESPANOLA, MARVIN ARMIJO, in his official
capacity, ANTHONY ARMIJO, in his official
capacity, JAMES CULIN, in his individual capacity,
MANUEL VALDEZ, in his individual capacity,
GUY JORDAN, in his individual capacity, THE
BOARD OF COUNTY COMMISSIONERS OF
RIO ARRIBA COUNTY, THE RIO ARRIBA
COUNTY SHERIFF'S OFFICE, THOMAS
RODELLA, in his individual and official capacities,
LARRY DEYAPP, in his individual and official
capacities, UNKNOWN NUMBER OF JOHN DOES,
employees of the Rio Arriba County Adult Detention
Facility, in their individual capacities, and FERNANDO
BAYARDO, M.D.,

       Defendants.

## STIPULATION OF DISMISSAL
## WITH PREJUDICE OF ALL CLAIMS AGAINST DEFENDANTS
## RIO ARRIBA COUNTY BOARD OF COUNTY COMMISSIONERS, RIO
## ARRIBA COUNTY SHERIFF'S OFFICE, AND UNKNOWN NUMBER OF JOHN DOES

COMES NOW Plaintiff, Russell Martinez, by and through his counsel, and pursuant to Fed.R.Civ.P. 41, hereby stipulates to dismissing with prejudice any and all claims asserted against Defendants Rio Arriba County Board of County Commissioners, Rio Arriba County Sheriff's Office, and Unknown Number of John Does. In accordance with said Rule, this stipulation of dismissal with prejudice has been signed by counsel for all parties and parties pro se who have appeared herein. Each party shall bear their own costs.

Respectfully submitted,

COBERLY LAW OFFICE

By: */s/ Todd A. Coberly*
Todd A. Coberly
1332 Paseo de Peralta
Santa Fe, NM 87501-4325
(505) 989-1029
tcoberly@cna-law.com
*Attorneys for Plaintiff Russell Martinez*

BASHAM & BASHAM, P.C.

By: *[via email 2/24/15]*
Mark A. Basham
2205 Miguel Chavez Road, #A
Santa Fe, NM 87505-1111
(505) 988-4575
mbasham@bbpcnm.com
*Attorneys for Defendants Joseph Salazar, Greg Esparza, the Espanola Department of Public Safety, Leo Montoya and the City of Espanola*

YENSON, ALLEN & WOSICK, P.C.

By: */s/ Robert W. Becker*
Robert W. Becker
*Attorneys for Defendants Marvin Armijo, Anthony Armijo, James Culin, Manuel Valdez, Guy Jordan, the Board of County Commissioners for Rio Arriba County, The Rio Arriba County Sheriff's Office, Thomas Rodella and Lawrence DeYapp*
4908 Alameda Blvd., NW
Albuquerque, NM 87113-1376
(505) 266-3995
rbecker@ylawfirm.com

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.


By: *[via email 2/24/15]*
     Charles K. Purcell
     Post Office Box 1888
     Albuquerque, NM 87103-1888
     (505) 768-5900
     kpurcell@rodey.com
     ***Attorneys for Fernando Bayardo, M.D.***


**CERTIFICATE OF SERVICE**

     I hereby certify that on this 5th day of March, 2015, I filed the foregoing pleading using the CM/ECF system, which will electronically send notification of such filing to all counsel of record.

                                    */s/ Todd A. Coberly*
                                    Todd A. Coberly