# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

RUSSELL MARTINEZ,

    Plaintiff,

                                   Case No. 14-cv-00534 KG/WPL

vs.

JOSEPH SALAZAR, et al.,

    Defendants.

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2015 I served a copy of the following document on counsel of record in this matter via email:

- Plaintiff's First Supplemental Answers to Espanola Defendants' First Set of Interrogatories to Plaintiff Russell Martinez

I further certify that on March 24, 2015, I filed this *Certificate of Service* using the CM/ECF system, which will electronically send notification of such filing to all counsel of record.

                                                Respectfully submitted,

                                                COBERLY LAW OFFICE

                                                /s/ *Todd A. Coberly*
                                                Todd A. Coberly
                                                1322 Paseo de Peralta
                                                Santa Fe, NM 87501
                                                (505) 989-1029
                                                tcoberly@cna-law.com