IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RUSSELL MARTINEZ,

    Plaintiff,

vs.

                                        Case No.  14-cv-00534 KG/WPL

JOSEPH SALAZAR, et al.,

    Defendants.

## ORDER EXTENDING PRETRIAL DEADLINES

THIS MATTER, having come before the Court upon Plaintiff's *Unopposed Motion to Extend All Discovery and Pretrial Deadlines by Sixty Days* (Doc. 91), and the Court having been fully advised of the premises, FINDS that good cause exist to grant the motion.

IT IS THEREFORE ORDERED that all remaining pretrial deadlines as set forth in the Court's February 17, 2015 *Order Extending Pretrial Deadlines* (Doc. 59), are hereby modified as follows:

| | |
|---|---|
| Termination of discovery: | September 29, 2015; |
| Motions relating to discovery: | October 6, 2015; |
| Pretrial motions: | October 13, 2015; |
| Plaintiff's pretrial order to Defendants: | December 21, 2015; and |
| Defendants' pretrial order to Court: | January 4, 2016. |

                                                      */s/ William P. Lynch*
                                                    WILLIAM P. LYNCH
                                                    United States Magistrate Judge

Submitted by:

/s/ *Todd A. Coberly*
TODD A. COBERLY
*Attorney for Plaintiff*


Approved by:

[via email 7/2/15]
MARK A. BASHAM
*Attorney for City Defendants*