IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RUSSELL MARTINEZ,

    Plaintiff,

vs.                                          Case No. 14-cv-00534 KG/WPL

JOSEPH SALAZAR, et al.,

    Defendants.

## STATEMENT NOTING A PARTY'S DEATH

In accordance with Fed. R. Civ. P. 25(a), Jackie Martinez, who is an heir of Russell Martinez, notes the death during the pendency of this action of Russell Martinez, Plaintiff in this Action.

                                              Respectfully submitted,

                                              COBERLY & MARTINEZ, LLLP

                                              */s/ A. Nathaniel Chakeres*
                                              Todd A. Coberly
                                              A. Nathaniel Chakeres
                                              1322 Paseo de Peralta
                                              Santa Fe, NM 87501
                                              (505) 989-1029

## CERTIFICATE OF SERVICE

    I hereby certify that on this 7th day of December, 2015, I filed the foregoing using the CM/ECF system, which will electronically send notification of such filing to all counsel of record.

                                              */s/ A. Nathaniel Chakeres*
                                              A. Nathaniel Chakeres