IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RUSSELL MARTINEZ,

       Plaintiff,

v.                                                                          CV 14-534 KG/WPL

JOSEPH SALAZAR, in his individual capacity,
GREG ESPARZA, in his individual capacity,
THE ESPANOLA DEPARTMENT OF PUBLIC
SAFETY, LEO MONTOYA, and THE CITY OF
ESPANOLA,

       Defendants.

## ORDER TO SHOW CAUSE AND RESETTING STATUS CONFERENCE

This matter is before me *sua sponte*. On January 26, 2016, I entered an Order scheduling a telephonic status conference for January 28, 2016, at 1:30 p.m. (Doc. 143.) Although Plaintiff's counsel appeared for the status conference, counsel for the Espanola Defendants did not do so.

IT IS THEREFORE ORDERED that Mark A. Basham and Joseph L. Romero, counsel for the Espanola Defendants, shall send a letter to my chambers showing cause for their absence at the January 28 status conference no later than **January 29, 2016, at 5:00 p.m.** This letter shall be faxed to my chambers at **(505) 348-2305**.

IT IS FURTHER ORDERED that the January 28 status conference is hereby VACATED and RESET for **February 3, 2016, at 1:30 p.m. The parties will call the Court's "meet-me" line at (505) 348-2356** to participate in the status conference at that time.

                                                                                     */s/ William P. Lynch*
                                                                                     William P. Lynch
                                                                                     United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any *pro se*
party as they are shown on the Court's docket.