IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RUSSELL MARTINEZ,

    Plaintiff,

v.                                            CV 14-534 KG/WPL

JOSEPH SALAZAR, in his individual capacity,
GREG ESPARZA, in his individual capacity,
THE ESPANOLA DEPARTMENT OF PUBLIC
SAFETY, LEO MONTOYA, and THE CITY OF
ESPANOLA,

    Defendants.

**ORDER QUASHING ORDER TO SHOW CAUSE**

On January 28, 2016, I entered an Order to Show Cause (Doc. 147) requiring defense counsel, Mark A. Basham and Joseph L. Romero, to show cause in writing why they failed to appear for the status conference scheduled for that day. Basham submitted a sufficient written response. Accordingly, the Order to Show Cause is quashed.

IT IS SO ORDERED.

                                                                _____
                                                                 William P. Lynch
                                                                 United States Magistrate Judge