IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RUSSELL MARTINEZ,

    Plaintiff,

vs.                            Case No.  14-cv-00534 KG/WPL

JOSEPH SALAZAR, et al.,

    Defendants.

## ORDER SUBSTITUTING PARTIES

THIS MATTER, having come before the Court upon Plaintiff's *Unopposed Motion for Substitution of Party Pursuant to Fed. R. Civ. P. 25(a)(1)* (Doc. 159), and the Court having been fully advised of the premises, FINDS that good cause exists to grant the motion.

IT IS THEREFORE ORDERED that Jackie Martinez, Personal Representative of the Estate of Russell Martinez, is hereby substituted as plaintiff in this action. The caption in this matter shall heretofore be styled: *Jackie Martinez, Personal Representative, on behalf of the Estate of Russell Martinez v. Joseph Salazar, Greg Esparza, the Espanola Department of Public Safety, and the City of Espanola.*

IT IS FURTHER ORDERED that Defendants' consent to this motion in no way serves as a waiver to their defense that the instant action did not survive Plaintiff Russell Martinez's death, as is fully set forth in the pending Defendants' Amended Motion to Dismiss [156].

                                                          _____
                                                          WILLIAM P. LYNCH
                                                          United States Magistrate Judge

Submitted by:                                          Approved by:

/s/ *A. Nathaniel Chakeres*                            [via e-mail 2/16/2016]
A. NATHANIEL CHAKERES                                  JOSEPH ROMERO
*Attorney for Plaintiff*                               *Attorney for Defendants*