IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JACKIE MARTINEZ, as Personal
Representative on behalf of the
Estate of Russell Martinez,

    Plaintiff,

vs.    Civ. No. 14-534 KG/WPL

JOSEPH SALAZAR, in his individual
capacity, GREG ESPARZA, in his
individual capacity, THE ESPANOLA
DEPARTMENT OF PUBLIC SAFETY,
LEO MONTOYA, and THE CITY OF
ESPANOLA,

    Defendants.

## ORDER ON MOTIONS IN LIMINE

On February 23, 2017, the Court held a hearing on the pending motions in limine in this case. Plaintiff filed her Motion in *Limine* to Allow Plaintiff to Question Hermenejildo Quintana about Prior Felony Convictions and Charges, (Doc. 230), her Motion in *Limine* to Admit Taser Data, (Doc. 231), and her Motion in *Limine* to Exclude Evidence of Russell Martinez's Subsequent Arrest and Prior Arrests and Convictions, (Doc. 232), on February 6, 2017. Defendants filed responses to these motions on February 14, 2017, (Docs. 248, 250, 251). Plaintiff filed replies on February 16 and 21, 2017. (Docs. 254, 257). Todd A. Coberly and A. Nathaniel Chakeres argued on behalf of Plaintiff at the hearing, and Martin R. Esquivel for Defendants.

Having considered the motions in limine, the underlying briefing, the argument of counsel, and for the reasons stated on the record, the Court **ORDERS** that:

1. Plaintiff's Motion in *Limine* to Allow Plaintiff to Question Hermenejildo Quintana about Prior Felony Convictions and Charges, (Doc. 230) is granted in part and denied in part;

2. Plaintiff's Motion in *Limine* to Admit Taser Data, (Doc. 231) is granted in part and denied in part; and

3. Plaintiff's Motion in *Limine* to Exclude Evidence of Russell Martinez's Subsequent Arrest and Prior Arrests and Convictions, (Doc. 232) is granted in part and denied in part.

_____
UNITED STATES DISTRICT JUDGE