IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JACKIE MARTINEZ, as Personal
Representative on behalf of the
Estate of Russell Martinez,

    Plaintiff,

vs.                                                           Civ. No. 14-534 KG/WPL

JOSEPH SALAZAR, in his individual
capacity, GREG ESPARZA, in his
individual capacity, THE ESPANOLA
DEPARTMENT OF PUBLIC SAFETY,
and THE CITY OF ESPANOLA,

    Defendants.

## JUDGMENT

The Court held a jury trial in this matter from March 6, 2017 to March 10, 2017. Todd A. Coberly and A. Nathaniel Chakeres represented Plaintiff at the trial, and Martin R. Esquivel and Katherine A. Basham represented Defendants. On March 10, 2017, the jury rendered a verdict in favor of Defendants on Plaintiff's claims under New Mexico state law and the Americans with Disabilities Act.

IT IS THEREFORE ORDERED that judgment is entered in favor of Defendants Joseph Salazar, Greg Esparza, Espanola Department of Public Safety, and City of Espanola on those claims.

_____
UNITED STATES DISTRICT JUDGE