IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JACKIE MARTINEZ, as Personal
Representative on behalf of the
Estate of Russell Martinez,

    Plaintiff,

vs.                                              Civ. No. 14-534 KG/WPL

JOSEPH SALAZAR, in his individual
capacity, GREG ESPARZA, in his
individual capacity, THE ESPANOLA
DEPARTMENT OF PUBLIC SAFETY,
and THE CITY OF ESPANOLA,

    Defendants.

## ORDER OF PARTIAL MISTRIAL

A jury trial was held in this matter from March 6, 2017 through March 10, 2017. The issues having been duly tried, and the jury having been unable to reach a verdict on Plaintiff's claims in Count I of the First Amended Complaint for Damages, for violations of the Fourth Amendment under 42 U.S.C. § 1983 against Defendant Joseph Salazar and Defendant Greg Esparza, (Doc. 88), and having reached a verdict on all other claims,

IT IS ORDERED that a partial mistrial is declared and that a new jury trial date for the claims in Count I will be set.

_____
UNITED STATES DISTRICT JUDGE