IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JACKIE MARTINEZ, as Personal
Representative on behalf of the
Estate of Russell Martinez,

    Plaintiff,

vs.                                                               Civ. No. 14-0534 KG/WPL

JOSEPH SALAZAR, in his individual
capacity, GREG ESPARZA, in his
individual capacity, THE ESPANOLA
DEPARTMENT OF PUBLIC SAFETY,
LEO MONTOYA, and THE CITY OF
ESPANOLA,

    Defendants.

## ORDER SETTING AN IN PERSON STATUS CONFERENCE

IT IS HEREBY ORDERED that a status conference will be held in person on **MONDAY, MARCH, 20, 2017, at 11:00 AM** at the United States Courthouse, 4th Floor, Mimbres Courtroom, 333 Lomas Blvd. NW, Albuquerque, New Mexico.

                                                               UNITED STATES DISTRICT JUDGE