IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RUSSELL MARTINEZ,

    Plaintiff,

vs.                                                  No. 1:14-cv-00534 KG/WPL

JOSEPH SALAZAR, in his individual capacity,
GREG ESPARZA, in his individual capacity,
THE ESPANOLA DEPARTMENT OF PUBLIC
SAFETY, LEO MONTOYA, and THE CITY OF
ESPANOLA,

    Defendants.

**ORDER OF TELEPHONIC SETTING**

**MATTER TO BE HEARD:**                  Status Conference

**DATE AND TIME OF HEARING:**         March 27, 2017, at 9:00 a.m.

**The parties will call the Court's "meet-me" line at (505) 348-2356.** It is recommended that a reliable long-distance carrier be used to ensure sound quality. This line can only accommodate up to five telephone lines, including the Court's. If the parties anticipate that they will exceed this capacity, they must contact the Court immediately so that alternative arrangements may be made.

                                                                          William P. Lynch
                                                                          United States Magistrate Judge