IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JACKIE MARTINEZ, as Personal
Representative on behalf of the
Estate of Russell Martinez,

      Plaintiff,

vs.                                               Civ. No. 14-534 KG/WPL

JOSEPH SALAZAR, in his individual
capacity, GREG ESPARZA, in his
individual capacity, THE ESPANOLA
DEPARTMENT OF PUBLIC SAFETY,
and THE CITY OF ESPANOLA,

      Defendants.

AMENDED JUDGMENT

      The Court held a jury trial in this matter from March 6, 2017 to March 10, 2017.  Todd

A. Coberly and A. Nathaniel Chakeres represented Plaintiff at the trial, and Martin R. Esquivel

and Katherine A. Basham represented Defendants.  On March 10, 2017, the jury rendered a

verdict in favor of Defendants on Plaintiff's claim under the Fourth Amendment against

Defendant Greg Esparza, Plaintiff's claims under New Mexico state law against all Defendants,

and Plaintiff's claims under the Americans with Disabilities Act against Defendants Espanola

Department of Public Safety and City of Espanola.

      IT IS THEREFORE ORDERED that judgment is entered in favor of Defendants Joseph

Salazar, Greg Esparza, Espanola Department of Public Safety, and City of Espanola on those

claims.

_____
UNITED STATES DISTRICT JUDGE