*IN THE UNITED STATES DISTRICT COURT*

*FOR THE DISTRICT OF NEW MEXICO*

*Clerk's Minutes*

*Before the Honorable Kenneth J. Gonzales*

**Case No.**  *14cv534 KG/WPL*                **Date:** *March 20, 2017*

**Title:**  *Martinez v. Salazar, et al.*

**Courtroom Clerk:**  *Chris Baca*                **Court Reporter:** *Danna Schutte-Everett*

**Court Interpreter:**  *None*

**Court in Session:** *11:00 a.m.*   **Court in Recess:**    *[or/ see below X ]* **Total Court Time:** *20 minutes*

**Type of Proceeding:**  *Status Conference*

**Court's Rulings/Disposition:**  *See Below*

**Order consistent with court's ruling to be prepared by:** *Not applicable*

   **Deadline for submission of order to court:**

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**

   *Todd Coberly and A. Nathaniel Chakeres*

**ATTORNEYS PRESENT FOR DEFENDANT(S):**

   *Martin Esquivel and Katherine Basham*

**PROCEEDINGS:**

*11:00 a.m.*        COURT IN SESSION

          *Judge suggests re-trials dates in Albuquerque for 4-5 days.  Counsel prefer a re-trial in August 2017.*

          *Mr. Coberly notes that Plaintiff may file a motion for new trial.  He further notes that the judgment should be amended.*

          *Ms. Basham states that the Court cannot retry the case or the portion of the case which hung the jury.  She plans to file a motion regarding issue preclusion as to the § 1983 claim against Defendant Salazar based on the jury finding on the battery claim.  Ms. Basham agrees that the judgment should be amended.*

*11:05 a.m.*        COURT IN RECESS

*11:10 a.m.*        COURT IN SESSION

          *Judge will set a re-trial in Albuquerque beginning August 14, 2017.  Judge will also contact Judge Lynch to reach out to the parties to discuss any potential settlement conference.  Next, Judge*

*agrees to amend the fees order to provide a 14 day deadline for payment.  Finally, Judge will look at the judgment and let the parties know if he desires any briefing with respect to amending the judgment.*

*11:25 a.m.*        *COURT IN RECESS*