UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

Before the Honorable William P. Lynch, United States Magistrate Judge

*Clerk's Minutes*

| | |
|---|---|
| **Case:** | Martinez v. Salazar et al. |
| **Case No.:** | 14cv534 KG/WPL |
| **Date:** | March 27, 2017 |
| **Location:** | Telephonic |
| **Attorney for Plaintiffs:** | Todd Coberly |
| **Attorney for Defendants:** | Martin Esquivel |
| **Clerk:** | mej |
| **Type of Proceeding:** | Status Conference |

*Proceedings Commenced:* 8:58 a.m.
*Court in Recess:* 9:01 a.m.
Total Time: **3 minutes**

**Proceedings:** The Court is aware that the parties had a trial and are waiting on a new trial as to one of the claims. Judge Gonzales asked that the court contact the parties and see if they wanted to go to a settlement conference. The Defendants are not interested in going to a settlement conference. The parties will contact the Court if anything changes.