UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JACKIE MARTINEZ, Personal
Representative, on behalf of the Estate of
RUSSELL MARTINEZ,
    Plaintiff,

Case No. 14-CV-00534 KG/JHR

vs.

JOSEPH SALAZAR, et al.,
    Defendants.

## STIPULATED MOTION TO DISMISS

Comes now, the Plaintiff Jackie Martinez, Personal Representative of the Estate of Russell Martinez, by and through its attorneys of record, Coberly & Martinez, LLLP, and the remaining Defendant Joseph Salazar, by and through his attorneys of record, Esquivel & Howington, LLC (Martin R. Esquivel) and moves the court for dismissal of the last remaining claim against Defendant Salazar. As grounds for this motion, the parties state as follows:

1. The parties have reached a settlement resolving the case by dismissing the last remaining claim against Defendant Salazar while allowing the judgments entered on March 21, 2017 to remain in place. [Doc. 292]
2. Defendants agree to not pursue costs related to the prior judgments and each side will assume their attorney fees.
3. The entire case is to be dismissed with prejudice.

WHEREFORE, the parties stipulate to the dismissal of the case with prejudice.

Respectfully submitted,

**COBERLY & MARTINEZ, LLLP**

*Approved via email on 9/12/17*
Todd Coberly/ A. Nathaniel Chakeres
1322 Paseo de Peralta
Santa Fe, NM  87501
(505) 989-1029
todd@coberlymartinez.com
nat@coberlymartinez.com

*Attorneys for Plaintiff*

**ESQUIVEL & HOWINGTON, LLC**

*/s/ Martin R. Esquivel*
Martin R. Esquivel
111 Lomas Blvd. NW, Suite 203
Albuquerque, New Mexico 87102
T: (505) 933-6880
mesquivel@esqlawnm.com

*Attorneys for Defendant*