IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JACKIE MARTINEZ, Personal
Representative, on behalf of the Estate of
RUSSELL MARTINEZ,

    Plaintiff,

Case No. 14-CV-00534 KG/JHR

vs.

JOSEPH SALAZAR, et al.,

    Defendants.

## ORDER GRANTING MOTION TO DISMISS

This matter having come before the Court on parties Stipulated Motion to Dismiss and the Court being fully advised hereby GRANTS this motion and ORDERS that the Motion to Dismiss is GRANTED.

IT IS THEREFORE ORDERED that this matter is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

**SUBMITTED and APPROVED:**

ESQUIVEL & HOWINGTON, LLC

*/s/ Martin R. Esquivel*
Martin R. Esquivel
111 Lomas Blvd. NW, Suite 203
Albuquerque, NM 87102
(505) 933-6880
mesquivel@esqlawnm.com

*Attorneys for Defendant*

COBERLY & MARTINEZ, LLLP

*Approved via email on 9/12/17*
Todd Coberly/ A. Nathaniel Chakeres
1322 Paseo de Peralta
Santa Fe, NM 87501
(505) 989-1029
todd@coberlymartinez.com
nat@coberlymartinez.com

*Attorneys for Plaintiff*